USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CEDRIC BISHOP,** *and on behalf of all other person similarly situated,*

                Plaintiff,

-against-

**MARINEMAX, INC.,**

                Defendants.

1:19-cv-04842 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: September 16, 2019
      New York, New York

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge